DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RICHARD WOODS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-1295

_____

July 22, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Manatee County; Teresa Kaklis Dees, Judge.

Richard Woods, pro se.

PER CURIAM.

    Affirmed.

KELLY, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.